U.S.M.J. LOIS BLOOM                                           DATE: 10/10/19

# CRIMINAL CAUSE FOR PLEADING

USA v. Brown                                       Docket No.: 1:19-cr-00139-RJD

Defendant: __Lamont Brown__

     ✓ present    ___not present    ___custody    ___bail

Defendant's Counsel: __Gary Farrell__

     ✓ present    ___not present    ___CJA    ___LAS    ___Retained

AUSA: __Virginia Nguyen__

Interpreter: __N/A__        Language: __—__

FTR ( __3:18__ - _____ )        Reporter: __N/A__

✓ Case Called
___Defendant's First Appearance
✓ Defendant: ✓ Sworn    ___Arraigned    ✓ Informed of Rights
___Waiver of Indictment Executed for Defendant
___Superceding Indictment/Information Filed
___Bench Warrant Issued: _____
✓ Defendant Enters (Guilty)/~~Not Guilty~~ Plea to Count(s) __4__ of the ~~(Superceding)~~ Indictment/~~Information~~
___Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____ of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
___Sentencing Set for __1/22/2028__ at __11:00 a.m.__
___Sentencing to be Set by Probation
___Bail/Bond: ___Set    ___Continued for Defendant    ___Continued in Custody
___Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered
✓ Other: __Consent to plea before USMJ Bloom, referral order, Exh. 1__