**GARY A. FARRELL**
ATTORNEY AT LAW
40 EXCHANGE PLACE
SUITE 1800
NEW YORK, NEW YORK 10005

Telephone (212) 822-1434
Fax (212) 482-1303
GaryFesq@aol.com
Garyfarrelllaw.com

January 19, 2021

Hon. Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11242
*Via ECF*

RE: United States v. Lamont Brown
19-CR-139 (RJD)
Sentence date 1/22/21

Dear Judge Dearie:

    I am writing to inform the Court that my client, after extended deliberation and discussions with is family, has requested to be sentenced in person. Due to the pandemic, I realize it is impossible to go forward this Friday on an in person basis. Accordingly, I am requesting that his sentence be adjourned to a date convenient to the Court where he can be sentenced in person. AUSA Virginia Nguyen has no objection to this application.

    Thank you in advance for your consideration.

Sincerely,

Gary Farrell

cc: AUSA Virginia Nguyen (via ECF)